St Bernards Medical Center
225 East Jackson Jonesboro. AR 72401
870-972-4100

ER Physician Documentation
Emergency Department

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 12 2018

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

3:18-cv-00100 DPm

**Patient Name:** GRAHAM,KATHLEEN COLING
**Med Rec #** SM04414348
**Age/Sex:** 49 F
**Admit Date:** 05/03/18
**Discharge Date:** 05/03/18

**Account #:** SV0142620533
**DOB:** 01/18/1969
**Attending Doctor:**

cc:

~

**STATUS:** Signed

**Report #:** 0503-0094

**Admit Date:** 05/03/18

**Where is this patient being seen?:** ED Main
**\*\*Description/Onset of Symptoms:** Patient says she has been angry with her landlord over the last month or 2 and now she feels depressed because of all of it. She denies any kind of physical complaints at this time. She denies any suicidal or homicidal ideation. She has a long history of psychiatric problems.
**\*\*Information Source:** pt
**Exam Limitations:** No Limitations

**- History of Present Illness**
**Symptom Location:** Generalized
**Timing/Duration:** other - Several week
**Quality/Severity:** Moderate
**Activities at Onset:** Emotional Stress
**Modifying Factors:** Nothing Improves, Nothing Worsens
**Associated Symptoms:** Denies Symptoms
**Allergies/Adverse Reactions:**

### Allergies

| Allergy/AdvReac | Type | Severity | Reaction | Status | Date / Time |
|---|---|---|---|---|---|
| No Known Allergies | Allergy | | | Unverified | 02/17/11 10:40 |

**Home Medications:**

### Ambulatory Orders

| Medication | Instructions | Recorded |
|---|---|---|
| No Home Medications | | 02/17/11 |
| metroNIDAZOLE [Flagyl] | 500 mg PO BID 7 Days days | 05/03/18 |

**Patient Name:** GRAHAM,KATHLEEN COLING
**Account #:** SV0142620533

---

**- Past Medical History**
**Past Medical History:** No
**Nasal Problems:** Allergic Rhinitis, Sinus Problems
**Mouth/Oral Problems:** Dental Problems
**Genitourinary History:** Bladder Infection
**Female Reproductive History:** PID, STD
**Skin History:** Tattoos
**Neurological History:** Migraines
**History of Cancer:** No
**Psychosocial History:** Anxiety, Depression, Bipolar, Schizophrenia, Suicidal Ideation

**- Surgical History**
**Surgical History:** Yes
**Surgical History:** Cesarean Section, Tonsillectomy

**- Family Past Medical History**
**Family Past Medical History:** Unremarkable

<u>Social History</u>
**Smoking Cessation:** Never Smoker
**Approximately how many cigarettes per day?:** 10
**Do you dip or chew tobacco?:** No
**Alcohol Use:** No
**Type of Alcohol Use:** Beer
**Frequency of Alcohol Use:** Occasionally
**Alcohol Treatment History:** No
**History of Drug Use:** No
**Drug Treatment History:** No
**Lives with:** Alone

**- Review of Systems**
**Constitutional:** No Symptoms Reported
**EENTM:** No Symptoms Reported
**Respiratory:** No Symptoms Reported
**Cardiology:** No Symptoms Reported
**Gastrointestinal/Abdominal:** No Symptoms Reported
**Genitourinary:** No Symptoms Reported
**Musculoskeletal:** No Symptoms Reported
**Skin:** No Symptoms Reported
**Neurological:** Depressed
**Endocrine:** No Symptoms Reported
**Hematologic/Lymphatic:** No Symptoms Reported
**I have documented the ROS for this visit:** Yes
**Type:** Room Air
**Medication List Reviewed:** Yes

**- Physical Exam**
**General Appearance:** WD/WN, No Apparent Distress
**Eyes, Ears, Nose, Throat Exam:** Normal ENT Inspection
**Neck:** Full Range of Motion

**Patient Name:** GRAHAM,KATHLEEN COLING
**Account #:** SV0142620533

---

**Respiratory:** Lungs Clear, Normal Breath Sounds, No Respiratory Distress, No Accessory Muscle Use
**Cardiovascular/Chest:** Normal Peripheral Pulses, Regular Rate, Rhythm, No Edema
**Abdominal Exam:** Non-Tender, Soft
**Extremities Exam:** no evidence of injury
**Neurological:** alert, normal mood/affect, calm, CNs II-XII nml as tested, oriented x 3
**Skin Exam:** Normal Color
**I have documented the PE for this visit:** Yes

- Course
Orders, Labs, Meds:

**Vital Signs - 24 hr**

|  | 05/03/18 15:56 |
|---|---|
| Temperature | 98.9 F |
| Pulse Rate | 89 |
| Respiratory Rate | 18 |
| Blood Pressure | 122/78 |
| O2 Sat by Pulse Oximetry | 99 |

Result Diagrams:

05/03/18 16:32

$$3.9L \diagup \genfrac{}{}{0pt}{}{13.1}{40.1} \diagdown 352$$

05/03/18 16:35

| 145 | 103 | 14 | 96 |
|---|---|---|---|
| 3.6 | 30 | 0.8 | |

**Critical Care Documentation**

- Critical Care Time
**Critical Care Performed by ED Physician?:** No
**Vital Signs:**

Vital Signs

| Temp | Pulse | Resp | BP | Pulse Ox |
|---|---|---|---|---|
| 98.9 F | 89 | 18 | 122/78 | 99 |
| 05/03/18 15:56 | 05/03/18 15:56 | 05/03/18 15:56 | 05/03/18 15:56 | 05/03/18 15:56 |

**ED MD Note:**

05/03/18 18:30
SBBH has cleared the patient.
05/03/18 18:37