## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**AMANDA JEAN BROOKS-HART**                                                              **PLAINTIFF**

**V.**                             **CASE NO. 3:18-CV-106-DPM-BD**

**AMANDA MCDANIELS and**
**CRAIGHEAD COUNTY DETENTION CENTER**                              **DEFENDANTS**

## ORDER

Amanda Jean Brooks-Hart, formerly an inmate at the Craighead County Detention Facility, filed this civil rights lawsuit on June 11, 2018. (Docket entry #1) Ms. Brooks-Hart is no longer incarcerated at the Detention Facility, as evidenced by mail returned to the Court as undeliverable on June 25, 2018 (#24), as well a review of the Craighead County Sheriff's Office Jail Roster.[1] Ms. Brooks-Hart has failed to inform the Court of her new address as required by the Court's local rules.

If Ms. Brooks-Hart wants to continue with this lawsuit, she must provide the court notice of her current address within thirty (30) days of entry of this Order. Failure to comply with this Order may result in dismissal of this action under Local Rule 5.5(c)(2).

IT IS SO ORDERED, this 5th day of July, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The Craighead County Detention Center's Jail Roster is located on the following website, https://www.myr2m.com/cragiheadroster/Default.aspx.