**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**AMANDA JEAN BROOKS-HART**                                              **PLAINTIFF**

**V.**                              **CASE NO. 3:18-CV-106-DPM-BD**

**AMANDA McDANIELS and**
**CRAIGHEAD COUNTY DETENTION CENTER**                    **DEFENDANTS**

**RECOMMENDED DISPOSITION**

**I**.     **Procedure for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge D.P. Marshall Jr. Ms. Brooks-Hart may file written objections to this Recommendation if she wishes. Objections should be specific and should include the factual or legal basis for the objection. To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation.

If no objections are filed, Judge Marshall can adopt this Recommendation without independently reviewing the record. By not objecting, Ms. Brooks-Hart may waive the right to appeal questions of fact.

**II.**     **Discussion:**

Amanda Jean Brooks-Hart, formerly an inmate at the Craighead County Detention Facility, filed this civil rights lawsuit on June 11, 2018. (Docket entry #1) Ms. Brooks-Hart is no longer incarcerated at the Detention Facility, as evidenced by mail returned to the Court as undeliverable (#4, #5, #6, #8, #9) and a review of the Craighead County

Sheriff's Office Jail Roster.[1] Ms. Brooks-Hart has failed to inform the Court of her new address as required by the Court's local rules.

On July 5, 2018, Ms. Brooks-Hart was ordered to provide the Court notice of her current address within 30 days. (#7) To date, she has failed to comply with the Court's July 5, 2018 Order, and the time for doing so has passed. The Court specifically cautioned Ms. Brooks-Hart that her claims could be dismissed if she failed to notify the Court of a change in her address. (#2, #7)

### III.    Conclusion:

The Court recommends that Ms. Brooks-Hart's claims be DISMISSED, without prejudice, based on her failure to comply with the Court's July 5, 2018 Order and failure to prosecute this case.

DATED this 9th day of August, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The Craighead County Detention Center's Jail Roster is located on the following website, https://www.craigheadso.org/roster_custom.php.

2