# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**AMANDA JEAN BROOKS-HART**                                    **PLAINTIFF**

v.                              **No. 3:18-cv-106-DPM**

**AMANDA McDANIELS, Officer,**
**Craighead County Detention Center;**
**and CRAIGHEAD COUNTY**
**DETENTION CENTER**                                    **DEFENDANTS**

## ORDER

Brooks-Hart hasn't objected to the recommendation; her mail is still being returned undelivered. *№ 11.* Unopposed recommendation, *№ 10,* adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). The complaint will be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_29 August 2018_