IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

AMANDA JEAN BROOKS-HART            PLAINTIFF

v.           No. 3:18-cv-106-DPM

AMANDA McDANIELS, Officer,
Craighead County Detention Center;
and CRAIGHEAD COUNTY
DETENTION CENTER            DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

29 August 2018